**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

T.C. HULETT, JR.,

*Plaintiff*,

v.

FNU RODDEN, et al.,

*Defendants.*

Case No. 24-1090-EFM-ADM

**ORDER**

This matter is before the Court following the Tenth Circuit's Mandate affirming in part and reversing in part the Court's previous dismissal of pro se Plaintiff T.C. Hulett, Jr.'s claims (Doc. 34). Pursuant to the Mandate, the Court amends its June 2, 2025 Order to dismiss Plaintiff's First, Fourth, and Fourteenth Amendment claims against Defendants (fnu) Rodden and Jesse Valdez without prejudice and permit Plaintiff an opportunity to file an amended complaint as to those claims only. Plaintiff shall have 14 days from the date of this Order to file an amended complaint.

**IT IS THEREFORE ORDERED** that Plaintiff file an amended complaint within 14 days of this Order's filing.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2026.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE